UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES -REOPENING/CLOSING**

Case No. SA CV 22-02313-DOC-DFM                     Date June 27, 2023

Title: Omniprint International Inc v. Edgar Silva Ambriz, et al.

Present: The Honorable DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

|  Karlen Dubon  |  Not Reported  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

None Present                                None Present

Proceedings:   ☐ In Court   ☒ In Chambers   ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☒ Case should have been closed on entry dated 06/02/2023 (Dkt. 47).

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☐ Other _____

☐ Entered _____.

Initials of Preparer     kdu